JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN E. CERVANTES,<br><br>  Petitioner,<br><br>  v.<br><br>STU SHERMAN,<br><br>  Respondent. | Case No. 2:22-cv-00367-SSS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the Petition is DENIED and the action is DISMISSED WITH PREJUDICE.

Date: September 6, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE